# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

UNITED STATES OF AMERICA,           )       Case No. 5:18MJ1051

    Plaintiff,                                )

    vs.                                        )       <u>WAIVER OF DETENTION HEARING</u>
                                 )       <u>AND ORDER</u>

LISA A. RICHARDSON,                  )

    Defendant.                              )       Magistrate Judge Kathleen B. Burke

           Lisa A. Richardson, the above named defendant, accused of having violated Title 21:841 (a)(1) + 846, advised of the nature of the charge and of his rights, and under advice of counsel, waives in open court his right to a detention hearing and consents that he be held without bail pursuant to Title 18 U.S.C., Section 3142 (e) and (i) but reserves the right to raise the issue of detention at a later date should circumstances change.

                                                   Defendant

                                                   Counsel for Defendant

IT IS SO ORDERED.

Approved: _____

           **KATHLEEN B. BURKE**
           **U.S. MAGISTRATE JUDGE**

Date: 2/27/18

18 FEB 27 PM 1:09 FILED